# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 26-1053 |

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure, D.C. Circuit Rule 15, and section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), Petitioner the American Petroleum Institute hereby petitions this Court to review a final action of the United States Environmental Protection Agency entitled, "New Source Performance Standards Review for Stationary Combustion Turbines and Stationary Gas Turbines," published at 91 Fed. Reg. 1910 (Jan. 15, 2026).

Respectfully submitted,

/s/ *William L. Wehrum*
William L. Wehrum
Wehrum Environmental Law LLP
1629 K Street, NW, Suite 300
Washington, D.C. 20006
(302) 300-0388
William_Wehrum@comcast.net
*Counsel for Petitioner the American Petroleum Institute*

John Wagner
AMERICAN PETROLEUM INSTITUTE
200 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 682-8000
Wagner@api.org

Christian Daniel
AMERICAN PETROLEUM INSTITUTE
200 Massachusetts Ave., NW
Washington, DC 20001
(202) 682-8000
DanielC@api.org

Dated: March 16, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2026, the foregoing Petition for Review and Rule 26.1 Corporate Disclosure Statements of Petitioner the American Petroleum Institute have been served by first-class mail, postage prepaid, on each of the following:

| | |
|---|---|
| The Honorable Lee Zeldin<br>Administrator<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | The Honorable Pamela Bondi<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530-0001 |

The Honorable Sean Donahue
General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

/s/ *William L. Wehrum*
William L. Wehrum