# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1053**                                         **September Term, 2025**

**EPA-91FR1910**

**Filed On: April 24, 2026**

American Petroleum Institute,

       Petitioner

       v.

Environmental Protection Agency,

       Respondent

------------------------------

Consolidated with 26-1055

## **O R D E R**

Upon consideration of the unopposed joint motion to sever case No. 26-1053 and hold in abeyance, and the unopposed motion of public interest petitioners for extension of time to file procedural motions, it is

**ORDERED** that the motion to sever be granted. No. 26-1053 is hereby severed from No. 26-1055. It is

**FURTHER ORDERED** that No. 26-1053 be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in No. 26-1053 by October 23, 2026. It is

**FURTHER ORDERED** that the following revised schedule will now apply in No. 26-1055:

| | |
|---|---|
| Petitioners and Respondents:<br>Procedural Motions, if any | May 5, 2026 |

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

      BY:    /s/
             Elbert Lestrade
             Deputy Clerk