# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT


**No. 26-1053** **September Term, 2026**

**EPA-91FR1910**

**Filed On: November 6, 2026**

American Petroleum Institute,

Petitioner

v.

Environmental Protection Agency,

Respondent

## ORDER

Upon consideration of petitioner's unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Elbert Lestrade
Deputy Clerk